Alexis DeLaCruz (SBN 031273)
adelacruz@nativedisabilitylaw.org
NATIVE AMERICAN DISABILITY
LAW CENTER
3535 E. 30th Street, Suite 201
Farmington, NM 87402
Telephone: 505.566.5880

Mark Rosenbaum (*pro hac vice*)
mrosenbaum@publiccounsel.org
Kathryn Eidmann (*pro hac vice*)
keidmann@publiccounsel.org
Anne Hudson-Price (*pro hac vice*)
aprice@publiccounsel.org
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone: 213.385.2977

Elisabeth Bechtold (*pro hac vice*)
ebechtold@aclu-nm.org
Maria Martinez-Sánchez (*pro hac vice*)
mmartinez@aclu-nm.org
AMERICAN CIVIL LIBERTIES UNION of
NEW MEXICO
1410 Coal Avenue SW
Albuquerque, NM 87104
Telephone: 505.266.5915

*Attorneys for Plaintiffs*

Bradley S. Phillips (*pro hac vice*)
Brad.Phillips@mto.com
Bryan H. Heckenlively (*pro hac vice*)
bryan.heckenlively@mto.com
Seth J. Fortin (*pro hac vice*)
Seth.Fortin@mto.com
Emily Curran-Huberty (*pro hac vice*)
Emily.Curran-Huberty@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
Telephone: 213.683.9100

Judith M. Dworkin (SBN 010849)
Judith.Dworkin@SacksTierney.com
David C. Tierney (SBN 002385)
David.Tierney@SacksTierney.com
SACKS TIERNEY P.A.
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693
Telephone: 480.425.2600

Tara C. Ford (*pro hac vice*)
taraford@law.stanford.edu
Stanford Law School
MILLS LEGAL CLINIC
Youth and Education Law Project
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: 650.725.8581

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| STEPHEN C., a minor, by Frank C., guardian ad litem, et al. <br><br> *Plaintiffs*, <br><br> v. <br><br> BUREAU OF INDIAN EDUCATION, et al. <br><br> *Defendants*. | No. 3:17-cv-08004-SPL <br><br> **REQUEST FOR ORAL ARGUMENT** |

Plaintiffs respectfully request that the Court schedule oral argument on Defendant's Second Partial Motion to Dismiss (Dkt. No. 69.)  Given the complexity of the issues in the litigation, Plaintiffs respectfully submit that oral argument could assist the Court and further an efficient resolution of the motion.

Plaintiffs met and conferred with Defendants to obtain their position on this request.  Defendants do not believe that an oral argument on the pending motion to dismiss is necessary, but ultimately defer to the Court on whether an argument would be of assistance.

RESPECTFULLY SUBMITTED this 7th day of September, 2017.

By:    */s/Seth Fortin*

Bradley S. Phillips (*pro hac vice*)
Bryan H. Heckenlively (*pro hac vice*)
Seth J. Fortin (*pro hac vice*)
Emily Curran-Huberty (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
Telephone: 213.683.9100

Alexis DeLaCruz
NATIVE AMERICAN DISABILITY
LAW CENTER
3535 E. 30th Street, Suite 201
Farmington, NM 87402
Telephone: 505.566.5880

Mark Rosenbaum(*pro hac vice*)
Kathryn Eidmann (*pro hac vice*)
Anne Hudson-Price (*pro hac vice*)
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone: 213.385.2977

Elisabeth Bechtold (*pro hac vice*)
Maria Martinez-Sánchez (*pro hac vice*)
AMERICAN CIVIL LIBERTIES
UNION of NEW MEXICO
1410 Coal Avenue SW
Albuquerque, NM 87104
Telephone: 505.266.5915

Judith M. Dworkin
David C. Tierney
SACKS TIERNEY P.A.
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693
Telephone: 480.425.2600

Tara C. Ford (*pro hac vice*)
Stanford Law School
MILLS LEGAL CLINIC
Youth and Education Law Project
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: 650.725.8581

*Attorneys for Plaintiffs*

1

CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants for this matter.

*s/ Seth Fortin*