IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephen C., a minor, by Frank C., guardian ad litem, et al., | No. CV-17-08004-PCT-SPL |
| Plaintiffs, | **ORDER** |
| vs. | |
| Bureau of Indian Education, et al., | |
| Defendants. | |

Having reviewed Plaintiffs' request,

**IT IS ORDERED** the Request for Oral Argument (Doc. 87) is **granted**. Oral Argument on Defendants' Second Partial Motion to Dismiss (Doc. 69) shall be heard on **October 24, 2017 at 9:30 a.m.** before the Honorable Judge Steven P. Logan, United States District Judge, in Courtroom 501, Sandra Day O'Connor United States Courthouse, 401 West Washington Street, Phoenix, Arizona 85003.

Dated this 14th day of September, 2017.

Honorable Steven P. Logan
United States District Judge