IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephen C., a minor, by Frank C., guardian ad litem, <u>et al.</u>,<br><br>Plaintiffs,<br><br>vs.<br><br>Bureau of Indian Education, <u>et al.</u>,<br><br>Defendants. | CV-17-08004-SPL<br><br>**JOINT STATUS REPORT** |

On August 15, 2018, the parties reached an agreement to request a stay of the litigation to continue engaging in a mediation process with the goal of resolving the litigation. As part of the parties' agreement, the parties agreed to provide the court with periodic status reports on the progress of our efforts. This is the first of those reports.

On August 24, 2018, the parties filed a Joint Motion to Stay. (Dkt. 135.) The motion attaches a letter from Paul Bardacke, Esq., who is serving as a mediator, along with the agreement reached on August 15. Although that motion to stay is pending, the parties have agreed to implement the August 15 agreement using the filing date of this report for calculating deadlines that the agreement provides will be calculated from the date the stay is entered. In addition, the parties have begun to implement the terms of their agreement in light of the amount of work that needs to be completed and the carefully negotiated schedule. In order to conserve resources and focus efforts on the settlement process, the parties have not actively been involved in discovery or other litigation efforts since August 15.

One critical component of the August 15 agreement provides for a team of experts to independently assess the alleged educational deficits and needs of Havasupai Elementary School and to provide concrete recommendations for improvement, as applicable. That expert team is currently developing a scope of work to present to counsel. The parties

expect to have a further update on the work of the expert team in our next status report in 45 days.

The parties have been in contact with Mr. Bardacke and, as the agreement states, anticipate scheduling another mediation session in February or March 2019 once the expert team has completed its report. In the next status report, the parties will provide a date certain for that mediations session.

RESPECTFULLY SUBMITTED this 27th day of September, 2018.

Dated:  September 27, 2018              Respectfully submitted,

BY PLAINTIFFS:

s/  Bryan H. Heckenlively
Bradley S. Phillips
Bryan H. Heckenlively
Emily Curran-Huberty
MUNGER, TOLLES & OLSON LLP
560 Mission Street
Twenty-Seventh Floor
San Francisco, CA 94105-3089
Tel: (415) 512-4000
Fax: (415) 512-4077
Email: bryan.heckenlively@mto.com

Alexis DeLaCruz
NATIVE AMERICAN DISABILITY
LAW CENTER
3535 E. 30th Street, Suite 201
Farmington, NM 87402
Telephone:  505.566.5880

Mark Rosenbaum
Kathryn Eidmann
Anne Hudson-Price
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone: 213.385.2977

Tara C. Ford (*pro hac vice*)
taraford@law.stanford.edu
Stanford Law School
MILLS LEGAL CLINIC
Youth and Education Law Project
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: 650.725.8581


Judith M. Dworkin
David C. Tierney
Rachel Felix
SACKS TIERNEY P.A.
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693
Telephone: 480.425.2600

Maria Martinez-Sánchez
AMERICAN CIVIL LIBERTIES UNION of NEW MEXICO
1410 Coal Avenue SW
Albuquerque, NM 87104
Telephone: 505.266.5915

BY DEFENDANTS:

CHAD A. READLER
Acting Assistant Attorney General
CARLOTTA P. WELLS
Assistant Branch Director


/s/ Lisa A. Olson (w/permission)

LISA A. OLSON, D.C. Bar No. 384266
CESAR LOPEZ-MORALES,
    MA Bar No. 690545
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue NW
Washington, D.C.  20530
Telephone: (202) 305-8550

3

|   |   |
|---|---|
| 1 | Facsimile: (202) 616-8460 |
| 2 | Email: cesar.a.lopez-morales@usdoj.gov |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2018, I electronically served the foregoing using the CM/ECF System.

*/s/ Bryan H. Heckenlively*
Bryan H. Heckenlively