IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephen C., a minor, by and through Frank C., guardian ad litem, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>Bureau of Indian Education, et al.,<br><br>Defendants. | No. CV-17-08004-PCT-SPL<br><br>**ORDER** |

Before the Court is the parties' Joint Motion to Stay Litigation (Doc. 135) to stay all deadlines and proceedings pending an expert assessment, scheduled for completion by February 15, 2019, and a separate unscheduled mediation session. The Court notes that this case was filed almost two years ago in January 2017. And, while the parties anticipate working through their dispute using a mediation process, they do not provide a finite schedule within which they will complete their mediation sessions or resolve the issues pending in this matter. The Court does not authorize such indefinite stays. *See Dependable Highway Exp., Inc. v. Navigators Ins. Co.*, 498 F.3d 1059, 1066 (9th Cir. 2007) (stating that stays should not be indefinite in nature). In light of these circumstances, the Court declines to conclude that a stay, rather than dismissal of this action, is appropriate. Accordingly,

**IT IS ORDERED** that the Joint Motion to Stay Litigation (Doc. 135) is **denied**;

///

///

**IT IS FURTHER ORDERED** that no later **January 11, 2019** the parties shall file a joint memorandum explaining why the Court should not dismiss this case without prejudice in light of the progress made by the parties through mediation.

Dated this 20th day of November, 2018.

Honorable Steven P. Logan
United States District Judge