Alexis DeLaCruz (SBN 031273)
adelacruz@nativedisabilitylaw.org
NATIVE AMERICAN DISABILITY
LAW CENTER
905 W. Apache St.
Farmington, NM 87401
Telephone: 505.566.5880

Mark Rosenbaum (*pro hac vice*)
mrosenbaum@publiccounsel.org
Kathryn Eidmann (*pro hac vice*)
keidmann@publiccounsel.org
Anne Hudson-Price (*pro hac vice*)
aprice@publiccounsel.org
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone: 213.385.2977

Maria Martinez-Sánchez (*pro hac vice*)
mmartinez@aclu-nm.org
AMERICAN CIVIL LIBERTIES UNION
of NEW MEXICO
1410 Coal Avenue SW
Albuquerque, NM 87104
Telephone: 505.266.5915

Bradley S. Phillips (*pro hac vice*)
Brad.Phillips@mto.com
Bryan H. Heckenlively (*pro hac vice*)
bryan.heckenlively@mto.com
Emily Curran-Huberty (*pro hac vice*)
Emily.Curran-Huberty@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Telephone: 213.683.9100

Judith M. Dworkin (SBN 010849)
Judith.Dworkin@SacksTierney.com
David C. Tierney (SBN 002385)
David.Tierney@SacksTierney.com
Sacks Tierney P.A.
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693
Telephone: 480.425.2600

Tara C. Ford (*pro hac vice*)
taraford@law.stanford.edu
Stanford Law School
MILLS LEGAL CLINIC
Youth and Education Law Project
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: 650.725.8581

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Stephen C., a minor, by Frank C., guardian ad litem, et al.,<br><br>    *Plaintiffs*,<br><br>  v.<br><br>Bureau of Indian Education, et al.,<br><br>    *Defendants*. | No. 3:17-cv-08004-SPL<br><br>**PLAINTIFFS' FURHER STATUS REPORT AND MEMORANDUM REQUESTED BY NOVEMBER 20, 2018 ORDER** |

Plaintiffs respectfully submit this further joint status report and memorandum in response to the Court's request in its November 20, 2018 Order. As explained in the joint status report and memorandum filed on December 5, 2018, the parties have continued

making progress on their efforts to resolve this complex matter, but they have been unable to do so with the speed anticipated when the parties originally notified the court of a partial settlement and requested a stay.

As the Court is likely aware, Congress has not appropriated funds for the Department of Interior or the Department of Justice. The lapse in appropriated funds and the furlough of employees at the Bureau of Indian Education and the Department of Justice working on this litigation and settlement process has further complicated the parties' efforts. The Department of Justice attorneys representing Defendants are not authorized to work on this matter. Immediately before appropriations lapsed, the parties and the team of independent experts the parties agreed upon by the parties had almost finalized a statement of work and were working through the formal federal contracting process.

After some initial delay, Defendants were able to secure the services of a contracting officer to continue those efforts despite the furlough. By the same token, Plaintiffs have committed to fronting the expenses (subject to applying to recover them as litigation costs) necessary to enable the experts to make a trip to Havasupai on January 11 in order to meet with the Havasupai Tribal Council to consult with them about the project, as required by Arizona Board of Regents and Arizona State University policy governing tribal relations and research. This is a required step in completing the work required to prepare the expert report on which the continued settlement discussions hinge. The parties' agreed-upon mediator, Paul Bardacke, Esq., has continued to be involved in these discussions.

Plaintiffs still expect that the parties will conclude settlement discussions by July 31, 2019 and reiterate their request for a stay of litigation through July 31, 2019, not to be extended absent further order of the court.

As noted in the prior memorandum, Plaintiffs respectfully submit that a dismissal without prejudice is not warranted. Plaintiffs have prosecuted this case diligently, the pending litigation has facilitated the settlement discussions to date, it is not yet apparent

whether a resolution is possible, and the parties have proposed a finite period to continue those efforts.[1]

RESPECTFULLY SUBMITTED this 11th day of January, 2019.

BY PLAINTIFFS:

By: *s/Bryan H. Heckenlively w/permission*
    Bryan H. Heckenlively

---

[1] Defendants stated in the prior status report that they do not oppose a dismissal without prejudice if that is what the Court prefers.  However, in the interest of resolving this case without litigation, Defendants stated that they joined in the request to continue the stay, subject to the July 31, 2019 deadline.

**CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2019, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants for this matter.

*s/ Stephanie Ferrell*

PLAINTIFFS' FURTHER STATUS REPORT AND MEMORANDUM REQUESTED IN NOV. 20, 2018 ORDER