IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephen C., et al.,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>Bureau of Indian Education, et al.,<br><br>　　　　　Defendants. | No.  CV-17-08004-PHX-SPL<br><br>**ORDER** |

　　　　Before the Court is Plaintiffs' Status Report (Doc. 142) in which they reiterate their request to stay litigation through pending settlement discussions.  The Court notes that this case was filed over two years ago in January 2017.  The Court has already ruled that it will not authorize an indefinite stay (Doc. 139), and is not persuaded to authorize one now based on a general expectation that settlement discussions will conclude by July 31, 2019.   The parties are thus instructed to either prosecute this case or dismiss it without prejudice.  Accordingly,

　　　　**IT IS ORDERED** that Plaintiffs' request to stay this case (*see* Doc. 142) is **denied**.

　　　　**IT IS FURTHER ORDERED** that this case will be *dismissed without prejudice* by the Clerk of Court without further notice on **February 1, 2019** unless a party files a request for reinstatement on the Court's trial calendar.

　　　　**IT IS FURTHER ORDERED** that if a request for reinstatement is filed, the parties shall deem it to be granted, and the following schedule shall be set.  The parties should not anticipate any further extensions of these deadlines:

1. The Answer to the Third Amended Complaint is due by **February 15, 2019**;
2. Expert Disclosures are due by **March 1, 2019**;
3. Rebuttal Expert Disclosures are due by **March 29, 2019**;
4. Fact Discovery must be completed by **April 26, 2019**;
5. Expert Depositions must be completed by **April 26, 2019**; and
6. Dispositive Motions are due by **May 31, 2019**.

Dated this 23rd day of January, 2019.

Honorable Steven P. Logan
United States District Judge