1   Alexis DeLaCruz (SBN 031273)
    adelacruz@nativedisabilitylaw.org
2   NATIVE AMERICAN DISABILITY
    LAW CENTER
3   905 W. Apache St.
    Farmington, NM 87401
4   Telephone:  505.566.5880

5   Mark Rosenbaum (*pro hac vice*)
    mrosenbaum@publiccounsel.org
6   Kathryn Eidmann (*pro hac vice*)
    keidmann@publiccounsel.org
7   Anne Hudson-Price (*pro hac vice*)
    aprice@publiccounsel.org
8   PUBLIC COUNSEL
    610 South Ardmore Avenue
9   Los Angeles, CA 90005
    Telephone: 213.385.2977

10  Maria Martinez-Sánchez (*pro hac vice*)
    mmartinez@aclu-nm.org
11  AMERICAN CIVIL LIBERTIES UNION
    of NEW MEXICO
12  1410 Coal Avenue SW
    Albuquerque, NM 87104
13  Telephone: 505.266.5915

Bradley S. Phillips (*pro hac vice*)
Brad.Phillips@mto.com
Bryan H. Heckenlively (*pro hac vice*)
bryan.heckenlively@mto.com
Emily Curran-Huberty (*pro hac vice*)
Emily.Curran-Huberty@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA  90071
Telephone: 213.683.9100

Judith M. Dworkin (SBN 010849)
Judith.Dworkin@SacksTierney.com
David C. Tierney (SBN 002385)
David.Tierney@SacksTierney.com
Sacks Tierney P.A.
4250 N. Drinkwater Blvd., 4th Floor
Scottsdale, AZ 85251-3693
Telephone:  480.425.2600

Tara C. Ford (*pro hac vice*)
taraford@law.stanford.edu
Stanford Law School
MILLS LEGAL CLINIC
Youth and Education Law Project
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: 650.725.8581

14

15  *Attorneys for Plaintiffs*

16  _____

17

18              **IN THE UNITED STATES DISTRICT COURT**

19              **FOR THE DISTRICT OF ARIZONA**

20  Stephen C., a minor, by Frank C., guardian ad         No. 3:17-cv-08004-SPL
    litem, et al.,
21                                                        **PLAINTIFFS' REQUEST FOR**
                        *Plaintiffs*,                     **REINSTATEMENT**
22
            v.
23
    Bureau of Indian Education, et al.,
24
                        *Defendants*.
25

26          Pursuant to the Court's Order of January 23, 2019 denying the parties' request to

27  stay (ECF No. 143), Plaintiffs hereby respectfully request that this case be reinstated to the

28

Court's trial calendar.  Plaintiffs will proceed according to the schedule set forth in the Court's January 23, 2019 Order.

RESPECTFULLY SUBMITTED this 24th day of January, 2019.

BY PLAINTIFFS:

By: *s/Emily Curran-Huberty w/permission*
   Emily Curran-Huberty

PLAINTIFFS' REQUEST FOR REINSTATEMENT

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that on January 24, 2019, I electronically transmitted the foregoing

3   document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4   Notice of Electronic Filing to the CM/ECF registrants for this matter.

5

6

7   *s/ Aileen Beltran*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' REQUEST FOR REINSTATEMENT