IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephen C., et al., | No. CV-17-8004-PCT-SPL |
| Plaintiffs, | |
| vs. | **ORDER** |
| Bureau of Indian Education, et al., | |
| Defendants. | |

Pending before the Court is the Joint Motion to Continue Hearing (Doc. 208). Good cause appearing,

**IT IS ORDERED** that the Joint Motion to Continue Hearing (Doc. 208) is **granted**.

**IT IS FURTHER ORDERED** that the Motion Hearing presently set for October 23, 2019 (Docs. 206, 207) is **vacated and reset** for **November 20, 2019, at 9:00 a.m.**

Dated this 10th day of October, 2019.

Honorable Steven P. Logan
United States District Judge