**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephen C., et al., | No. CV-17-08004-PHX-SPL |
| Plaintiffs, | |
| vs. | **ORDER** |
| Bureau of Indian Education, et al., | |
| Defendants. | |

Having considered Defendants' Motion for Reconsideration (Doc. 2016), the Court will call for a response from Plaintiffs. *See* LRCiv 7.2(g)(2) ("No response to a motion for reconsideration and no reply to the response may be filed unless ordered by the Court . . . .").[1] Accordingly,

///

///

---

[1] Defendants have labeled the Motion as one for relief from judgment pursuant to Federal Rule of Civil Procedure 60(b). Rule 60(b) provides that "the court may relieve a party or its legal representative from a *final* judgment, order, or proceeding" for certain enumerated reasons. Fed. R. Civ. P. 60(b) (emphasis added). Because the Court's December 17, 2019 Order did not dispose of all of the claims, it is not a final order for purposes of Rule 60(b). *See Williamson v. UNUM Life Ins. Co. of Am.*, 160 F.3d 1247, 1250 (9th Cir. 1998) ("Orders granting partial summary judgment are, absent special circumstances, not appealable final orders . . . because partial summary judgment orders do not dispose of all claims and do not end the litigation on the merits."); *see also Schnitt v. Certain Underwriters at Lloyd's London*, No. CV 12-4939 FMO (AGRx), 2014 WL 12591917, at *1 n.3 (C.D. Cal. Oct. 8, 2014) (finding Rules 59(e) and 60(b) were inapplicable to a request to review an order granting partial summary judgment). Accordingly, the Court treats the motion as one for reconsideration. *See* LRCiv7.2(g).

**IT IS ORDERED** that Plaintiffs shall have until **January 31, 2020** to file a response to the Motion for Reconsideration (Doc. 216).  No reply shall be permitted unless otherwise ordered by the Court.

Dated this 13th day of January, 2020.

Honorable Steven P. Logan
United States District Judge