JOSEPH H. HUNT
Assistant Attorney General
CARLOTTA P. WELLS
Assistant Branch Director
LISA A. OLSON, D.C. Bar No. 384266
CAROL FEDERIGHI, TX Bar No. 06872950
CRISTEN C. HANDLEY, MO Bar No. 69114
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 514-5633
Facsimile: (202) 616-8470
Email: lisa.olson@usdoj.gov
*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephen C., a minor, by Frank C., guardian ad litem, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Bureau of Indian Education, *et al.*, <br><br> Defendants. | No. 3:17-cv-08004-SPL <br><br> **DEFENDANTS' NOTICE OF SCHOOL CLOSING DUE TO COVID-19** |

Defendants hereby provide notice that operations at the Havasupai Elementary School (HES) are suspended due to the COVID-19 pandemic. On March 11, 2020, the World Health Organization publicly characterized COVID-19 as a pandemic.[1] On March 13, 2020, the President declared a National Emergency in an effort to address the spread of COVID-19,[2] and on March 16, 2020, the President announced new guidance to slow the

---

[1] Centers for Disease Control and Prevention. "Coronavirus Disease 2019 (COVID-19): Situation Summary," https://www.cdc.gov/coronavirus/2019-ncov/cases-updates/summary.html (last accessed March 19, 2020).

[2] *See* Proclamation No. 9994, 85 Fed. Reg. 15337, 2020 WL 1272563 (March 13,

spread of the virus, including avoiding groups of more than ten people and working or schooling from home whenever possible.[3] This guidance follows recommendations by the Centers for Disease Control to engage in social distancing, and, in some circumstances, to close schools.[4]

On March 13, 2020, the Havasupai Tribe closed Havasupai Canyon to tourism pursuant to Tribal Resolution 10-20 due to concerns about COVID-19. Two days later, on March 15, Arizona Governor Doug Ducey and Superintendent of Public Instruction Kathy Hoffman called for the state-wide closure of all Arizona schools until March 27 as a preventative measure necessary to halt the potential community-wide spread of COVID-19. HES was on spring break from March 16-20. On March 18, 2020, the Havasupai Tribal Council passed Tribal Resolution 12-20 restricting travel into Supai by all Bureau of Indian Education employees. On March 20, 2020 Governor Ducey extended closures of Arizona schools until April 10, 2020. In accordance with the Tribal Resolution, the Bureau of Indian Education (BIE) has closed HES through April 14, 2020, and notified parents of the decision towards the end of spring break.

BIE will not be able to provide adequate staff to support the school until the travel

---

2020).

[3] *See* The President's Coronavirus Guidelines for America, https://www.whitehouse.gov/wp-content/uploads/2020/03/03.16.20_coronavirus-guidance_8.5x11_315PM.pdf (last accessed March 19, 2020).

[4] *See* Centers for Disease Control and Prevention. "Implementation of Mitigation Strategies for Communities with Local COVID-19 Transmission, https://www.cdc.gov/coronavirus/2019-ncov/downloads/community-mitigation-strategy.pdf (last accessed March 19, 2020).

restrictions are lifted.  BIE is evaluating the extent to which supplemental education at its Bureau operated schools, including HES, may be available at a future date when more is known about the effects of  COVID-19 and the impact of the pandemic on BIE-operated schools.

                Respectfully submitted,

Dated:  March 30, 2020        JOSEPH H. HUNT
        Assistant Attorney General
        CARLOTTA P. WELLS
        Assistant Branch Director

/s/  **Lisa A. Olson**
LISA A. OLSON, D.C. Bar No. 384266
CAROL FEDERIGHI, TX Bar No. 06872950
CRISTEN C. HANDLEY, MO Bar No. 69114
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C.  20005
Telephone: (202) 514-5633
Facsimile: (202) 616-8470
Email: lisa.olson@usdoj.gov