IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephen C., et al., | No.  CV-17-08004-PCT-SPL |
| Plaintiffs, | **ORDER** |
| vs. | |
| Bureau of Indian Education, et al., | |
| Defendants. | |

Pending before the Court is the parties' Joint Motion to Hold Final Pretrial Conference Remotely (Doc. 223) based on the COVID-19 pandemic and continuing health concerns.  Good cause appearing,

**IT IS ORDERED** that the Joint Motion to Hold Final Pretrial Conference Remotely (Doc. 223) is **granted**.

**IT IS FURTHER ORDERED** that the Final Pretrial Conference set for July 23, 2020 at 9:00 a.m. shall be held telephonically.

**IT IS FURTHER ORDERED** that the parties shall jointly email Logan_Chambers@azd.uscourts.gov at least forty-eight hours prior to the hearing to obtain the call-in information.

Dated this 10th day of June, 2020.

Honorable Steven P. Logan
United States District Judge