IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephen C., et al., | No. CV-17-08004-PCT-SPL |
| Plaintiffs, | |
| vs. | **ORDER** |
| Bureau of Indian Education, et al., | |
| Defendants. | |

The Court has received an inquiry regarding members of the public or media who wish to listen to the July 23, 2020, telephonic Final Pretrial Conference. Although the standard is that federal district courts may not broadcast their proceedings, the Executive Committee of the Judicial Conference recently issued a guidance document that "approve[s] a temporary exception to the policy to allow a judge to authorize the use of teleconference technology to provide the public and the media audio access to court proceedings while public access to federal courthouses generally, or with respect to a particular district, is restricted due to health and safety concerns during the Coronavirus Disease (COVID-19) pandemic."

///

///

///

///

///

Given this development, public access to the July 23, 2020 telephonic Final Pretrial Conference will be permitted. Members of the public and the media seeking access are directed to email AZD-PIO@azd.uscourts.gov to obtain dial-in instructions. **Pursuant to Local Rule 43.1, participants are reminded that audiotaping court proceedings is prohibited**.

Dated this 21st day of July, 2020.

Honorable Steven P. Logan
United States District Judge