| | |
|---|---|
| Alexis DeLaCruz (SBN 031273) <br> adelacruz@nativedisabilitylaw.org <br> NATIVE AMERICAN DISABILITY <br> LAW CENTER <br> 905 W. Apache St. <br> Farmington, NM 87401 <br> Telephone: 505.566.5880 | Bryan H. Heckenlively (*pro hac vice*) <br> Bryan.Heckenlively@mto.com <br> Emily Curran-Huberty (*pro hac vice*) <br> Emily.Curran-Huberty@mto.com <br> Allison Day (*pro hac vice)* <br> Allison.Day@mto.com <br> Alison Karol Sigurdsson (*pro hac vice*) <br> Alison.Sigurdsson@mto.com |
| Mark Rosenbaum (*pro hac vice*) <br> mrosenbaum@publiccounsel.org <br> Kathryn Eidmann (*pro hac vice*) <br> keidmann@publiccounsel.org <br> Jesselyn Friley (*pro hac vice*) <br> jfriley@publiccounsel.org <br> PUBLIC COUNSEL <br> 610 South Ardmore Avenue <br> Los Angeles, CA 90005 <br> Telephone: 213.385.2977 | April Youpee-Roll (*pro hac vice*) <br> April.Youpee-Roll@mto.com <br> MUNGER, TOLLES & OLSON LLP <br> 350 South Grand Avenue, 50th Floor <br> Los Angeles, CA 90071 <br> Telephone: 213.683.9100 |
| | Judith M. Dworkin (SBN 010849) <br> Judith.Dworkin@SacksTierney.com <br> David C. Tierney (SBN 002385) <br> David.Tierney@SacksTierney.com <br> SACKS TIERNEY P.A. <br> 4250 N. Drinkwater Blvd., 4th Floor <br> Scottsdale, AZ 85251-3693 <br> Telephone: 480.425.2600 |
| Tara C. Ford (*pro hac vice*) <br> taraford@law.stanford.edu <br> Stanford Law School <br> William S. Koski (*pro hac vice*) <br> bkoski@law.stanford.edu <br> MILLS LEGAL CLINIC <br> YOUTH AND EDUCATION LAW <br> PROJECT <br> 559 Nathan Abbott Way <br> Stanford, CA 94305-8610 <br> Telephone: 650.725.8581 | |

*Attorneys for Plaintiffs*

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
CARLOTTA P. WELLS
Assistant Branch Director
LISA A. OLSON, D.C. Bar No. 384266
Senior Trial Counsel
CAROL FEDERIGHI, TX Bar No. 06872950
Senior Trial Counsel
CRISTEN C. HANDLEY, MO Bar No. 69114
BRADLEY CRAIGMYLE, IL Bar No. 6326760
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C.  20005
Telephone: (202) 514-5633
Facsimile: (202) 616-8470
Cristen.handley@usdoj.gov

*Attorneys for Defendants*

-1-

Case No. 3:17-cv-08004-SPL
JOINT STIPULATION OF DISMISSAL OF THIRD AND FOURTH CAUSES OF ACTION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephen C., a minor, by Frank C., guardian ad litem, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> Bureau of Indian Education, et al., <br><br> *Defendants*. | No. 3:17-cv-08004-SPL <br><br> **JOINT STIPULATION OF DISMISSAL OF THIRD AND FOURTH CAUSES OF ACTION** |

The Third and Fourth Causes of Action of the Third Amended Complaint for Declaratory and Injunctive Relief ("Complaint") are hereby dismissed with prejudice. The dismissal of these Causes of Action shall constitute a dismissal with prejudice of all claims arising out of the Third and Fourth Causes of Action of the Complaint, as provided in the settlement agreement attached hereto as Exhibit A.

RESPECTFULLY SUBMITTED this 25th day of September, 2020.

BY PLAINTIFFS:

By: */s/ Emily Curran-Huberty*
    Emily Curran-Huberty

BY DEFENDANTS:

By: */s/ Lisa A. Olson*
    Lisa A. Olson

# CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2020, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants for this matter.

                                        */s/ Aileen Beltran*
                                        Aileen Beltran