# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| Stephen C., a minor, by Frank C., guardian ad litem, et al., | No. CV-17-08004-SPL |
|---|---|
| *Plaintiffs*, | **ORDER** |
| v. | |
| Bureau of Indian Education, et al., | |
| *Defendants*. | |

Having reviewed the parties' Stipulation,

IT IS SO ORDERED that The Third and Fourth Causes of Action of the Third Amended Complaint for Declaratory and Injunctive Relief ("Complaint") are hereby dismissed with prejudice. The dismissal of these Causes of Action shall constitute a dismissal with prejudice of all claims arising out of the Third and Fourth Causes of Action of the Complaint, as provided in the settlement agreement.