IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephen C., et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>Bureau of Indian Education, et al.,<br><br>        Defendants. | No. CV-17-08004-PCT-SPL<br><br>**ORDER** |

Having considered the parties' stipulation,

**IT IS ORDERED:**

1. That the Stipulation for Dismissal (Doc. 266) is **granted**;

2. That the Third and Fourth Causes of Action are **dismissed with prejudice**;

3. That each party shall bear its own costs and attorneys' fees, except as expressly provided in the Settlement Agreement; and

4. That, the Third and Fourth Causes of Action being the only remaining claims in this case, the Clerk of Court shall **terminate** this action.

Dated this 28th day of September, 2020.

*/s/ Steven P. Logan*
Honorable Steven P. Logan
United States District Judge