| | |
|---|---|
| Alexis DeLaCruz (SBN 031273)<br>adelacruz@nativedisabilitylaw.org<br>NATIVE AMERICAN DISABILITY<br>LAW CENTER<br>905 W. Apache St.<br>Farmington, NM 87401<br>Telephone: 505.566.5880 | Bryan H. Heckenlively (*pro hac vice*)<br>Bryan.Heckenlively@mto.com<br>Emily Curran-Huberty (*pro hac vice*)<br>Emily.Curran-Huberty@mto.com<br>Allison Day (*pro hac vice)*<br>Allison.Day@mto.com<br>Alison Karol Sigurdsson (*pro hac vice*)<br>Alison.Sigurdsson@mto.com<br>April Youpee-Roll (*pro hac vice*)<br>April.Youpee-Roll@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>350 South Grand Avenue, 50th Floor<br>Los Angeles, CA 90071<br>Telephone: 213.683.9100 |
| Mark Rosenbaum (*pro hac vice*)<br>mrosenbaum@publiccounsel.org<br>Kathryn Eidmann (*pro hac vice*)<br>keidmann@publiccounsel.org<br>Jesselyn Friley (*pro hac vice*)<br>jfriley@publiccounsel.org<br>PUBLIC COUNSEL<br>610 South Ardmore Avenue<br>Los Angeles, CA 90005<br>Telephone: 213.385.2977 | |
| Tara C. Ford (*pro hac vice*)<br>taraford@law.stanford.edu<br>Stanford Law School<br>William S. Koski (*pro hac vice*)<br>bkoski@law.stanford.edu<br>MILLS LEGAL CLINIC<br>YOUTH AND EDUCATION LAW<br>PROJECT<br>559 Nathan Abbott Way<br>Stanford, CA 94305-8610<br>Telephone: 650.725.8581 | Judith M. Dworkin (SBN 010849)<br>Judith.Dworkin@SacksTierney.com<br>David C. Tierney (SBN 002385)<br>David.Tierney@SacksTierney.com<br>SACKS TIERNEY P.A.<br>4250 N. Drinkwater Blvd., 4th Floor<br>Scottsdale, AZ 85251-3693<br>Telephone: 480.425.2600 |

*Attorneys for Plaintiffs*

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
CARLOTTA P. WELLS
Assistant Branch Director
LISA A. OLSON, D.C. Bar No. 384266
Senior Trial Counsel
CAROL FEDERIGHI, TX Bar No. 06872950
Senior Trial Counsel
CRISTEN C. HANDLEY, MO Bar No. 69114
BRADLEY CRAIGMYLE, IL Bar No. 6326760
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C.  20005
Telephone: (202) 514-5633
Facsimile: (202) 616-8470
Cristen.handley@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephen C., a minor, by Frank C., guardian ad litem, et al., <br><br>                 *Plaintiffs*, <br><br>   v. <br><br>Bureau of Indian Education, et al., <br><br>                 *Defendants*. | No. 3:17-cv-08004-SPL <br><br>**JOINT REQUEST FOR ENTRY OF JUDGMENT PURSUANT TO FED. R. CIV. P. 58(d)** |

WHEREAS on March 29, 2018, the Court granted in part Defendants' Second Partial Motion to Dismiss, *see* Dkt. No. 100; and

WHEREAS on December 16, 2019, the Court granted Defendants' Motion for Partial Summary Judgment, *see* Dkt. No. 214; and

WHEREAS on September 28, 2020, the Court granted the Parties' Stipulation for Dismissal of all remaining claims and ordered the Clerk of Court to terminate this action, *see* Dkt. No. 267; and

WHEREAS, accordingly, there is no just reason for delay in entering judgment;

The Parties hereby request pursuant to Federal Rule of Civil Procedure 58(d) that the Court enter final judgment as set forth in the accompanying Proposed Judgment.

RESPECTFULLY SUBMITTED this 17th day of November, 2020.

| BY PLAINTIFFS: | BY DEFENDANTS: |
|---|---|
| By: */s/ Emily C. Curran-Huberty* <br>      Emily C. Curran-Huberty | By: */s/ Lisa A. Olson (with permission)* <br>      Lisa A. Olson |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2020, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants for this matter.

                                    */s/ Aileen Beltran*
                                    Aileen Beltran