| | |
|---|---|
| Alexis DeLaCruz (SBN 031273)<br>adelacruz@nativedisabilitylaw.org<br>NATIVE AMERICAN DISABILITY<br>LAW CENTER<br>905 W. Apache St.<br>Farmington, NM 87401<br>Telephone: 505.566.5880<br><br>Mark Rosenbaum (*pro hac vice*)<br>mrosenbaum@publiccounsel.org<br>Kathryn Eidmann (*pro hac vice*)<br>keidmann@publiccounsel.org<br>Jesselyn Friley (*pro hac vice*)<br>jfriley@publiccounsel.org<br>PUBLIC COUNSEL<br>610 South Ardmore Avenue<br>Los Angeles, CA 90005<br>Telephone: 213.385.2977<br><br>Tara C. Ford (*pro hac vice*)<br>taraford@law.stanford.edu<br>Stanford Law School<br>William S. Koski (*pro hac vice*)<br>bkoski@law.stanford.edu<br>MILLS LEGAL CLINIC<br>YOUTH AND EDUCATION LAW<br>PROJECT<br>559 Nathan Abbott Way<br>Stanford, CA 94305-8610<br>Telephone: 650.725.8581 | Bryan H. Heckenlively (*pro hac vice*)<br>Bryan.Heckenlively@mto.com<br>Emily Curran-Huberty (*pro hac vice*)<br>Emily.Curran-Huberty@mto.com<br>Allison Day (*pro hac vice)*<br>Allison.Day@mto.com<br>Alison Karol Sigurdsson (*pro hac vice*)<br>Alison.Sigurdsson@mto.com<br>April Youpee-Roll (*pro hac vice*)<br>April.Youpee-Roll@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>350 South Grand Avenue, 50th Floor<br>Los Angeles, CA 90071<br>Telephone: 213.683.9100<br><br>Judith M. Dworkin (SBN 010849)<br>Judith.Dworkin@SacksTierney.com<br>David C. Tierney (SBN 002385)<br>David.Tierney@SacksTierney.com<br>SACKS TIERNEY P.A.<br>4250 N. Drinkwater Blvd., 4th Floor<br>Scottsdale, AZ 85251-3693<br>Telephone: 480.425.2600 |

*Attorneys for Plaintiffs*

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
CARLOTTA P. WELLS
Assistant Branch Director
LISA A. OLSON, D.C. Bar No. 384266
Senior Trial Counsel
CAROL FEDERIGHI, TX Bar No. 06872950
Senior Trial Counsel
CRISTEN C. HANDLEY, MO Bar No. 69114
BRADLEY CRAIGMYLE, IL Bar No. 6326760
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C.  20005
Telephone: (202) 514-5633
Facsimile: (202) 616-8470
Cristen.handley@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephen C., a minor, by Frank C., guardian ad litem, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> Bureau of Indian Education, et al., <br><br> *Defendants*. | No. 3:17-cv-08004-SPL <br><br> **[PROPOSED] JUDGMENT** |

This is the final order entering judgment on: (1) the ORDER granting in part Defendants' Second Partial Motion to Dismiss dated March 29, 2018 (Dkt. No. 100); (2) the ORDER granting Defendants' Motion for Partial Summary Judgment dated December 16, 2019 (Dkt. No. 214); and (3) the ORDER granting the Parties' Stipulation for Dismissal of all remaining claims dated September 28, 2020 (Dkt. No. 267). For the reasons set forth in those ORDERS, judgment is hereby entered for Defendants on Counts I, II, V & VI of Plaintiffs' Third Amended Complaint (Dkt. No. 128), and for Defendants on all Counts as to Plaintiffs Levi R., Leo R., Jenny A., Jeremy A., Jordan A., Stephen C., and Durell P. Judgment is further entered dismissing Counts III and IV with prejudice.

It is so ordered.