IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephen C., et al.,<br><br>            Plaintiffs,<br>vs.<br><br>Bureau of Indian Education, et al.,<br><br>            Defendants. | No.  CV-17-08004-PCT-SPL<br><br>**ORDER** |

On March 29, 2018, this Court granted in part Defendants' Second Partial Motion to Dismiss. (Doc. 100). On December 16, 2019, the Court granted in part Defendants' Motion for Partial Summary Judgment. (*See* Doc. 214 (granting Defendant's MSJ); Doc. 221 (vacating Doc. 214 in part)). On September 28, 2020, the Court granted the Parties' Stipulation for Dismissal of the remaining claims. (Doc. 267). Before the court is the parties' Joint Request for Entry of Judgment Pursuant to Fed. R. Civ. P. 58(d). (Doc. 268). Finding good cause appearing,

**IT IS ORDERED** that the Request for Entry of Judgment (Doc. 268) is **granted**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall enter judgment for Defendants on Counts I, II, V & VI of Plaintiffs' Third Amended Complaint (Doc. 128); for Defendants on all Counts as to Plaintiffs Levi R., Leo R., Jenny A., Jeremy A., Jordan A., Stephen C., and Durell P.; and dismissing Counts III and IV with prejudice.

Dated this 20th day of November, 2020.

Honorable Steven P. Logan
United States District Judge