Alexis DeLaCruz (SBN 031273)
adelacruz@nativedisabilitylaw.org
NATIVE AMERICAN DISABILITY
LAW CENTER
905 W. Apache St.
Farmington, NM 87401
Telephone: 505.566.5880

Kathryn Eidmann (*pro hac vice*)
keidmann@publiccounsel.org
Jesselyn Friley (*pro hac vice*)
jfriley@publiccounsel.org
Mark Rosenbaum (*pro hac vice*)
mrosenbaum@publiccounsel.org
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone: 213.385.2977

Maria Martinez-Sánchez (*pro hac vice*)
mmartinez@aclu-nm.org
AMERICAN CIVIL LIBERTIES UNION of
NEW MEXICO
1410 Coal Avenue SW
Albuquerque, NM 87104
Telephone: 505.266.5915

Bradley S. Phillips (*pro hac vice*)
Brad.Phillips@mto.com
Bryan H. Heckenlively (*pro hac vice*)
bryan.heckenlively@mto.com
Emily Curran-Huberty (*pro hac vice*)
Emily.Curran-Huberty@mto.com
Allison Day (*pro hac vice*)
Allison.Day@mto.com
Alison Karol Sigurdsson (*pro hac vice*)
Alison.Sigurdsson@mto.com
April Youpee-Roll (*pro hac vice*)
April.Youpee-Roll@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Telephone: 213.683.9100

Tara C. Ford (*pro hac vice*)
taraford@law.stanford.edu
William S. Koski (*pro hac vice*)
bkoski@law.stanford.edu
Stanford Law School
MILLS LEGAL CLINIC
YOUTH AND EDUCATION LAW
PROJECT
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: 650.725.8581

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephen C., a minor, by Frank C., guardian ad litem, et al.,<br><br>   *Plaintiffs*,<br><br> v.<br><br>Bureau of Indian Education, et al.,<br><br>   *Defendants*. | No. 3:17-cv-08004-SPL<br><br>**PLAINTIFFS' NOTICE OF APPEAL** |

1  Notice is hereby given that Plaintiffs Stephen C., Taylor P., Freddy P., Durell P.,
2  Moana L., Anna D., Olaf D., Levi R., Leo R., and Native American Disability Law Center
3  appeal to the United States Court of Appeals for the Ninth Circuit from the United States
4  District Court's judgment dated November 20, 2020.

DATED: January 14, 2021       By:       */s/ Bradley S. Phillips*

MUNGER, TOLLES & OLSON LLP
*Attorneys for Plaintiffs*

-1-  Case No. 3:17-cv-08004-SPL
PLAINTIFFS' NOTICE OF APPEAL

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: **ARIZONA**

U.S. District Court case number: **3:17-cv-08004-SPL**

Date case was first filed in U.S. District Court: **01/12/2017**

Date of judgment or order you are appealing: **11/20/2020**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

☒ Yes   ☐ No   ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Stephen C., a minor, by Frank C., guardian ad litem; [see Attachment A - Continued List of Appellants]

Is this a cross-appeal?   ☐ Yes   ☒ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ☐ Yes   ☒ No

If Yes, what is the prior appeal case number?

Your mailing address:

350 South Grand Avenue

50th Floor

City: Los Angeles    State: CA    Zip Code: 90071

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Bradley S. Phillips    **Date** Jan 14, 2021

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**                                                                 *Rev. 12/01/2018*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> Stephen C., a minor, by Frank C., guardian ad litem; [see Attachment A - Continued List of Appellants]

Name(s) of counsel (if any):

> Bradley S. Phillips, Bryan H. Heckenlively, Emily Curran-Huberty, Allison Day, Alison Karol Sigurdsson, April Youpee-Roll
> MUNGER, TOLLES & OLSON LLP

Address: 350 South Grand Avenue, 50th Floor

Telephone number(s): 213 683-9100

Email(s): brad.phillips@mto.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> Bureau of Indian Education; [see Attachment B - Continued List of Appellees]

Name(s) of counsel (if any):

> Jeffrey Bossert Clark, Acting Ass't AG, Carlotta P. Wells, Ass't Branch Dir., Lisa A. Olson, Sr. Trial Counsel, Carol Federighi, Sr. Trial Counsel, Cristen C. Handley, Trial Atty, Bradley Craigmyle, Trial Atty, US Department of Justice

Address: 1100 L Street, NW, Washington, D.C. 20005

Telephone number(s): 202 514-5633

Email(s): cristen.handley@usdoj.gov

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                      1                                  *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:
Stephen C., a minor, by Frank C., guardian ad litem, et al.

Name(s) of counsel (if any):
Alexis DeLaCruz - Native American Disability Law Center
[for additional counsel, see Exhibit C]

Address: 905 W. Apache St., Farmington, NM 87401

Telephone number(s): 505.566.5880

Email(s): adelacruz@nativedisabilitylaw.org

Is counsel registered for Electronic Filing in the 9th Circuit?  ⊙ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**          2          New 12/01/2018

**Attachment - A**
**[Continued List of Appellants]**

Anna D., a minor, by Elsa D., guardian ad litem; Olaf D., a minor, by Elsa D., guardian ad litem; Durell P., a minor, by Billie P., guardian ad litem; Taylor P., a minor, by Billie P., guardian ad litem; Freddy P., a minor, by Billie P., guardian ad litem; Moana L., a minor, by Mark L., guardian ad litem; Levi R., a minor, by Laila R., guardian ad litem; Leo R., a minor, by Laila R., guardian ad litem; and The Native American Disability Law Center

## Attachment B
### [Continued List of Appellees]

United States Department of The Interior; Sally Jewell, in her official capacity as Secretary of the Interior; Lawrence Roberts, in his official capacity as Principal Deputy Assistant Secretary – Indian Affairs; Tony Dearman, in his official capacity as Director of the Bureau of Indian Education; Jeff Williamson, in his official capacity as Principal of Havasupai Elementary School,

## Attachment C
### [Additional Counsel for Appellants]

Mark Rosenbaum (pro hac vice)
Kathryn Eidmann (pro hac vice)
Jesselyn Friley (pro hac vice)
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone: 213.385.2977
Emails: mrosenbaum@publiccounsel.org
keidmann@publiccounsel.org
jfriley@publiccounsel.org

**Is counsel registered for Electronic Filing in the 9th Circuit? Y**

Tara C. Ford (pro hac vice)
Stanford Law School
William S. Koski (pro hac vice)
MILLS LEGAL CLINIC
Youth and Education Law Project
559 Nathan Abbott Way
Stanford, CA 94305-8610
Telephone: 650.725.8581
Email: taraford@law.stanford.edu
bkoski@law.stanford.edu

**Is counsel registered for Electronic Filing in the 9th Circuit?  Y**

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2021, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants for this matter.

                                    */s/ Bradley S. Phillips*
                                    Bradley S. Phillips