IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephen C., et al., | No. CV-17-08004-PCT-SPL |
| Plaintiffs, | |
| vs. | **ORDER** |
| Bureau of Indian Education, et al., | |
| Defendants. | |

On May 9, 2022, the Ninth Circuit Court of Appeals issued a mandate, reversing this Court's Order granting summary judgment in favor of Defendants on Plaintiffs' claim under the Administrative Procedure Act, 5 U.S.C. § 706(1), as well as the dismissal of Stephen C. and Durell P.'s claims as moot, and remanded for further proceedings. Accordingly,

**IT IS ORDERED** that the parties shall file a Joint Report by **May 13, 2022**, indicating whether this case is ready to be set for a Final Pretrial Conference.

Dated this 10th day of May, 2022.

Honorable Steven P. Logan
United States District Judge