| | |
|---|---|
| Alexis DeLaCruz (SBN 031273)<br>adelacruz@nativedisabilitylaw.org<br>Austin Moore<br>amoore@nativedisabiliitylaw.org<br>NATIVE AMERICAN DISABILITY<br>LAW CENTER<br>905 W. Apache St.<br>Farmington, NM 87401<br>Telephone: 505.566.5880<br><br>Mark Rosenbaum (*pro hac vice*)<br>mrosenbaum@publiccounsel.org<br>Kathryn Eidmann (*pro hac vice*)<br>keidmann@publiccounsel.org<br>Tara C. Ford (*pro hac vice*)<br>taraford@law.stanford.edu<br>PUBLIC COUNSEL<br>610 South Ardmore Avenue<br>Los Angeles, CA 90005<br>Telephone: 213.385.2977 | Bryan H. Heckenlively (*pro hac vice*)<br>Bryan.Heckenlively@mto.com<br>Emily Curran-Huberty (*pro hac vice*)<br>Emily.Curran-Huberty@mto.com<br>Allison M. Day (*pro hac vice*)<br>Allison.Day@mto.com<br>Jing Jin (*pro hac vice*)<br>Jing.Jin@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>560 Mission St., 27th Floor<br>San Francisco, CA 94105<br>Telephone: 415.512.40000 |

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Stephen C., a minor, by Frank C., guardian ad litem, <u>et al.</u>,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>Bureau of Indian Education, <u>et al.</u>,<br><br>　　　　　　　Defendants. | No. 3:17-cv-08004-SPL<br><br>**NOTICE OF WITHDRAWAL FOR JEFFREY VIDES** |

50335878.1

PLEASE TAKE NOTICE that pursuant to Rule 83.3(b), attorney Jeffrey Vides hereby withdraws as counsel for Plaintiffs. Mr. Vides's employment with the firm of Munger, Tolles & Olson LLP will end shortly. Substitution of counsel is unnecessary because Plaintiffs continue to be represented by other attorneys at Munger, Tolles & Olson LLP.

Additionally, Plaintiffs continue to be represented by other attorneys of record from the Native American Disability Law Center, American Civil Liberties Union of New Mexico, and Public Counsel.

Dated: May 18, 2023              Respectfully submitted,

By: */s/ Jeffrey Vides*

Bryan H. Heckenlively (*pro hac vice*)
bryan.heckenlively@mto.com
Emily C. Curran-Huberty (*pro hac vice*)
emily.curran-huberty@mto.com
April D. Youpee-Roll (*pro hac vice*)
april.youpee-roll@mto.com
Jing Jin (*pro hac vice*)
jing.jin@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Tel: (213) 683-9100

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2023, I electronically served the foregoing using the CM/ECF System.

/s/ *Jeffrey Vides*
Jeffrey Vides

50335878.1                                3